# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**MICHELLA QUINN BY AND THROUGH HER**
**MOTHER AND NEXT FRIEND, ARTRESSIE QUINN**       **PLAINTIFF**

**VS.**       **CIVIL ACTION NO. 3:09CV104-HTW-LRA**

**UNITED PARCEL SERVICE, INC.**       **DEFENDANT**

## ORDER

This cause is before the Court upon Defendant's Motion to Transfer Venue [#9] filed on May 15, 2009. Plaintiff has no objection to the transfer of this case to the Hattiesburg Division.

This is an intra-district transfer of a motor vehicle accident that occurred in Marion County, Mississippi, which is in the Hattiesburg Division. All drivers of the involved vehicles, as well as the investigating officer, reside in the Hattiesburg Division. Good cause has been shown for this case to be transferred.

ACCORDINGLY, the motion is HEREBY GRANTED, and the Clerk of the Court is directed to transfer this cause to the Hattiesburg Division and to reassign the case to the appropriate judges.

SO ORDERED, this the 20th day of May, 2009.

                                    S/ Linda R. Anderson
                            UNITED STATES MAGISTRATE JUDGE